SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR #56671)
SAGARIA LAW, P.C.
333 WEST SAN CARLOS STREET
SUITE 1700
SAN JOSE, CALIFORNIA 95110
(408) 279-2288
(408) 279-2299 FAX

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

TINA BERTUCCIO

    Debtor.

Case No. 10-50095 MM

Chapter 13

DEBTOR'S DECLARATION IN SUPPORT OF MOTION TO VACATE DISMISSAL AND CONVERT CASE TO CHAPTER 11 NUNC PRO TUNC

Date: June 10, 2010
Time: 1:00 p.m.
Judge: Hon. Marilyn Morgan
Courtroom: 3077

I, Tina Bertuccio, declare:

1. I am the debtor in the above captioned case. I have personal knowledge of the matters stated in this declaration.

2. I am 80 years of age. I have been a widow since 1997. I live alone in my home in Hollister.

DECLARATION OF TINA BERTUCCIO - Page 1 of 5

3. Since the death of my husband in 1997, I have managed my own financial affairs.

4. My family were formerly farmers in San Benito County. Over my life we have sold the farm land off. As of earlier this year I was left with the last portion of our farmland. This was property located on Bolsa Road near Hollister.

5. In late 2008 and early 2009, the Bolsa Road property was encumbered by a loan and deed of trust in favor of Geneva Mortgage. The amount of the debt on the land was approximately $2,000,000.

6. I had been paying the monthly installments on the Geneva Mortgage from the proceeds of an investment account with UBS Bank. In approximately late 2008, I was suddenly informed by UBS that my entire investment account at that company had been wiped-out and that I no longer had any equity in the account. No one has ever explained to me the reasons or cause of the loss of my entire account.

7. Based upon the loss of the UBS account, and my loss of the ability to pay, I stopped making the monthly payments on the Geneva Mortgage Company loan, and it went into default. Thereafter the balloon payment on the loan also became due.

8. About one to two years ago I was referred to William Wells who was a loan broker who claimed that he could get me a loan for the Bolsa Road property. Mr. Wells had been referred to me by John Adams who had handled my account at UBS Bank. Mr. Wells claimed that he could get me a loan to replace the Geneva Mortgage.

9. Between 2008 and 2010 Mr. Wells regularly informed me that he was working on, and was soon to obtain, a loan that would allow me to refinance the Geneva loan and avoid the sale or foreclosure of the Bolsa property.

10. I fully relied on Mr. Wells, and I believed his statements that he would be able to obtain the loan for me. Based upon my reliance on Mr. Wells, I waited almost the entire year of 2009 for him to obtain the loan while my Geneva loan was in default and accruing interest obligations.

11. In about November 2009, Mr. Wells advised me to file bankruptcy as a temporary measure to allow me time to obtain a loan to replace the Geneva loan. He specifically informed me that the loan was only a week away, and that we could do the loan in order to get out of bankruptcy.

12. Thereafter Mr. Wells continued to lead me to believe that I could get a loan to solve my bankruptcy and loan problems.

13. Mr. Wells located the bankruptcy attorneys for me, and he was the one who retained them on my behalf. Mr. Wells was my contact person with the bankruptcy case and my attorneys.

14. In about early January 2010, I was informed that my bankruptcy proceeding had been dismissed. Mr. Wells did not inform me of this fact; I found out through another attorney who had worked for me in the past on land use issues. Doug Marshall had been my attorney who was working on the land use issues related to the Bolsa Road properties. When he found out that I was in default on my loan, that I had filed bankruptcy, and that the bankruptcy had been dismissed, he immediately advised me that I needed to get back into bankruptcy and go through bankruptcy in order to avoid losing my last piece of farm property through foreclosure. I therefore accepted the recommendation of Mr. Marshall to seek the protections of the bankruptcy courts to allow the property to be sold under bankruptcy court supervision. Mr. Marshall was

assisted by another attorney, Mr. Brad C. Brereton, who agreed to become my contact with the Sagaria Law Firm (the bankruptcy attorneys) so as to remove Bill Wells from my financial affairs.

15. Based upon the foregoing, the Sagaria law firm filed a second bankruptcy petition on my behalf and as requested by me.

16. Thereafter Bill Wells continued to telephone and harass me about the supposed loan that he wanted me to accept to replace the Geneva Mortgage. He repeatedly telephoned me asking me to sign what he claimed to be loan related documents.

17. Mr. Brereton contacted Mr. Wells and demanded that he stop harassing me. I understand that Mr. Brereton threatened to obtain court orders against Mr. Wells to keep him away from me. At some point, Mr. Wells stopped trying to personally contact me, but persons associated with him continued to call me at home trying to get me to sign papers. I have been forced to screen my calls to avoid them.

18. The Sagaria law firm subsequently informed me that I needed to convert my case to a Chapter 11 bankruptcy, and I approved that application. The purpose of the bankruptcy was to gain time to allow me to retain a broker and to apply to this court for an order allowing sale of the property.

19. During this period I was also approached by other loan brokers apparently associated with Mr. Wells who claimed that they wanted to loan me money to allow me to get out of the bankruptcy. I referred these loan brokers to my attorneys, and I tried to not personally deal with them, although they kept calling me.

DECLARATION OF TINA BERTUCCIO - Page 4 of 5

20. A little more than a week ago, I was informed that my bankruptcy had been dismissed, and that my Bolsa Road property had been sold.

21. I have not received any information from Geneva Mortgage regarding the trustee's sale. I believe that the value of the Bolsa Road property was at least two million dollars more than the amount that I owed to Geneva Mortgage on the property.

22. I therefore request that this court issue an order granting protection to me from the foreclosure of the Bolsa Road property, and that my bankruptcy proceeding be reinstated to allow sale of the property through a licensed broker.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true.

Dated April 26, 2010

*/s/ Tina Bertuccio*
TINA BERTUCCIO

DECLARATION OF TINA BERTUCCIO - Page 5 of 5