Entered on Docket
July 14, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 14, 2010

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

TINA BERTUCCIO,

    Debtor(s).

Case No. 10-50095 CN
Chapter 13

**ORDER DENYING MOTION TO VACATE DISMISSAL AND CONVERT CASE TO CHAPTER 11 NUNC PRO TUNC**

    On July 9, 2010, this Court conducted a hearing on the Chapter 13 Debtor's motion to vacate the dismissal of her Chapter 13 case nunc pro tunc and to convert her case to a Chapter 11 (the "Motion"). All appearances were stated on the record. For the reasons stated on the record, the Motion is denied.

* * * END OF ORDER * * *

**ORDER DENYING MOTION TO VACATE DISMISSAL AND CONVERT CASE TO CH 11 NUNC PRO TUNC**

1

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

Case No. 10-50095 CN

## COURT SERVICE LIST

Scott J. Sagaria
Sagaria Law, P.C.
333 West San Carlos Street, Suite 1700
San Jose, CA 95110

Heinz Binder
Binder & Malter
22775 Park Avenue
Santa Clara, CA 95050

Samuel A. Chuck
Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda, Suite 200
San Jose, Ca 95126-1493

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

U.S. Trustee
Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

**ORDER DENYING MOTION TO VACATE DISMISSAL AND CONVERT CASE TO CH 11 NUNC PRO TUNC**